[No. 61513-1-I.   Division One.   April 27, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL RYAN HUCKELL, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-8-00937-0, David A. Kurtz, J., entered April 4, 2008. *Affirmed* by unpublished opinion per Lau, J., concurred in by Becker and Appelwick, JJ.

[No. 61564-5-I.   Division One.   April 27, 2009.]

*In the Matter of the Estate of* TONY MALETTA.

DANIEL W. HUCKINS, *as Personal Representative, Appellant*, v. MELANIE R. HUCKINS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 06-4-06621-6, William L. Downing, J., entered April 7, 2008. *Reversed* and *remanded* by unpublished opinion per Leach, J., concurred in by Cox and Lau, JJ.

[No. 61632-3-I.   Division One.   April 27, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. HERMENEGILDO SOLIS-AVILA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-08359-4, Michael Heavey, J., entered May 5, 2008. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Becker and Ellington, JJ.

[No. 61637-4-I.   Division One.   April 27, 2009.]

JAMES FOSSOS ET AL., *Appellants*, v. SANDY MATHESON, *as Director of Department of Retirement Systems, Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-39447-0, Mary Yu, J., entered May 5, 2008. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Cox and Appelwick, JJ.